## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LINDA HART, INDIVIDUALLY AND AS CO-TRUSTEE OF THE DELORES L. PLOWCHALK AND RAYMOND B. PLOWCHALK LIVING TRUSTS,

        Petitioner

        v.

JANICE WOLFE AND CHRISTINA REED,

        Respondents

:  No. 313 WAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.